# UNITED STATES DISTRICT COURT

for the

District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | Case No.  2:19-mj-00267-VCF |
| v. | ) | |
| CRYSTAL SUE COX | ) | Charging District:  District of Idaho |
| *Defendant* | ) | Charging District's Case No.  1:18-cr-401-EJL |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - District of Idaho AS ORDERED | |
|---|---|---|
| | Courtroom No.: AS ORDERED | |
| | Date and Time: AS ORDERED | |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __April 18, 2019__

_____
*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



RECEIVED
SERVED ON
FILED
ENTERED          COUNSEL/PARTIES OF RECORD

APR 1 8 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:                                    DEPUTY